UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAR 22  PM 1:53

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | INFORMATION |
| ) | CR 418-60 |
| ISSA SAWADGO ) | |
| ) | |
| Defendant ) | |

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant ISSA SAWADGO without prejudice.

SO ORDERED, this 22nd day of March, 2018.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA